# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **JEFF BECK, ALESIA DANIEL,** | : | |
| **Plaintiffs,** | : | |
| | : | |
| **vs.** | : | **Case No. 1:14-cv-00013-B** |
| | : | |
| **ORIGINAL OYSTER HOUSE, INC.,** | : | |
| **Defendant.** | : | |

## DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.4

Pursuant to Local Rule 3.4 of the Southern District of Alabama and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Original Oyster House, Inc. certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

/s/ Scott Hetrick
R. Scott Hetrick (HETRR5277)
ADAMS AND REESE LLP
11 North Water St., Ste.23200
Mobile, Alabama 36602
Telephone (251) 433-3234
Facsimile (251) 438-7733
Email scott.hetrick@arlaw.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of February, 2014, I served a copy of the foregoing on counsel for Plaintiffs through the CM/ECF electronic filing system.

/s/ Scott Hetrick