```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

```
JEFF BECK, et al.,               *
                                 *
     Plaintiffs,                 *
                                 *
vs.                              *   CIVIL ACTION NO. 14-00013-B
                                 *
THE ORIGINAL OYSTER HOUSE,       *
                                 *
     Defendant.                  *
```

**FINAL JUDGMENT**

JUDGMENT IS HEREBY ENTERED AS FOLLOWS:

1. Defendant The Original Oyster House, Inc. shall pay to Plaintiff Alesia Daniels the sum of $9,204.14 for unpaid wages. Said amount is subject to all applicable employee tax withholdings and payroll deductions.

2. Defendant The Original Oyster House, Inc. shall pay to Plaintiff Alesia Daniels the additional sum of $9,204.14 for liquidated wages. Said amount is <u>not</u> subject to employee tax withholdings and payroll deductions.

3. Defendant The Original Oyster House, Inc. shall pay to Plaintiff Jeff Beck the sum of $12,928.98 for unpaid wages. Said amount is subject to all applicable employee tax withholdings and payroll deductions.

4. Defendant The Original Oyster House, Inc. shall pay to Plaintiff Jeff Beck the additional sum of $12,929.98 for

1

liquidated wages.  Said amount is not subject to employee tax withholdings and payroll deductions.

5. Defendant The Original Oyster House, Inc. shall also pay Plaintiffs' reasonable costs and reasonable attorneys' fees in the amount of $7,056.46.

6. This Judgment was reached as a compromise of disputed claims and is not to be deemed as an admission of fault or liability by Defendant.

7. This Judgment provides a total resolution and complete satisfaction of any and all claims and allegations by Plaintiffs against Defendant, which are or could have been asserted in this action.

8. This Judgment shall act to dismiss this lawsuit with prejudice.

    **DONE** this **25th** day of **March, 2014.**

                                     /S/ SONJA F. BIVINS
                                  **UNITED STATES MAGISTRATE JUDGE**

2